IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE J. GONZALEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | : | NO. 13-6714 |

ORDER

FILED
JUL - 8 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

L. FELIPE RESTREPO, J.

AND NOW, this 8th day of July, 2014, upon consideration of the Plaintiff's Request for Review, and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED that:

1. The Claimant's Request for Review is DENIED; and

2. JUDGMENT SHALL BE ENTERED in this case in favor of the Defendant.

BY THE COURT:

_____
L. FELIPE RESTREPO, J.